1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                        NORTHERN DISTRICT OF CALIFORNIA

7

8    DENNIS L. ARMSTRONG,                    Case No. 24-cv-05580-RS (PR)
                    Petitioner,
9
                                             **ORDER OF DISMISSAL**
10          v.

11   ROB ST. ANDRE,
                    Respondent.
12

13

14                                **INTRODUCTION**

15          Petitioner has filed a habeas petition under 28 U.S.C. § 2254 in which he challenges

16   the same state court judgment he challenged in a prior section 2254 habeas action he filed

17   in this district, *Armstrong v. Runnels*, No. 03-cv-03374-SI.  The present petition will be

18   dismissed as second or successive to the prior petition.  Petitioner's application to proceed

19   *in forma pauperis* (IFP) is GRANTED.  (Dkt. No. 14.)

20                                **BACKGROUND**

21          The first habeas petition challenged the 2000 California state convictions petitioner

22   received in the Alameda County Superior Court for robbery, for which he received a

23   sentence of 31 years and four months.  The petition was denied on the merits.  (*Armstrong*

24   *v. Runnels*, No. 03-cv-03374-SI, Dkt. No. 13.)  His appeal of this denial was terminated

25   when the Ninth Circuit Court of Appeals declined to issue a Certificate of Appealability.

26   (*Id.*, Dkt. No. 18.)  The present habeas petition challenges the same 2000 state court

27   judgment, pursuant to which he received a sentence of 31 years and four months, as the

28   prior petition.  (*Armstrong v. St. Andre*, Dkt. No. 9 at 2; *People v. Armstrong*, Nos.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    A094129, A094477; 2002 WL 287850 (Cal. Ct. App. Feb. 27, 2002).)

2                                    **DISCUSSION**

3           The instant petition is barred by the rule against filing a second or successive

4    petition.  As noted, petitioner has filed at least one previous petition regarding the same

5    state court judgment challenged in the instant petition.  In order to file a second or

6    successive petition, a petitioner must obtain an order from the Court of Appeals

7    authorizing the district court to consider the petition.  *See* 28 U.S.C. § 2244(b)(3)(A).

8    Without such authorization, a district court lacks jurisdiction over the petition.  *Burton v.*

9    *Stewart*, 549 U.S. 147, 153 (2007).  Because petitioner has not shown he has received such

10   authorization, the instant petition must be dismissed as second or successive, the filing of

11   which has not been authorized by the Court of Appeals.  Accordingly, the petition is

12   DISMISSED.

13                                   **CONCLUSION**

14          The instant petition is DISMISSED as second or successive, the filing of which has

15   not been authorized by the Court of Appeals.  A Certificate of Appealability will not issue.

16   Petitioner has not shown "that jurists of reason would find it debatable whether the petition

17   states a valid claim of the denial of a constitutional right and that jurists of reason would

18   find it debatable whether the district court was correct in its procedural ruling."  *Slack v.*

19   *McDaniel*, 529 U.S. 473, 484 (2000).

20          Petitioner's IFP application is GRANTED.  (Dkt. No. 14.)  The Clerk shall

21   terminate all pending motions, enter judgment in favor of respondent, and close the file.

22          **IT IS SO ORDERED.**

23   **Dated:**  December  11 , 2024

24                                              _____
                                                RICHARD SEEBORG
25                                              Chief United States District Judge

26

27

28                                                              ORDER OF DISMISSAL
                                                                CASE No. 24-cv-05580-RS

                                          2